# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NBC 7 San Diego, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 19-1146 (RBW) |
| ) | |
| Department of Homeland Security, et al., ) | |
| ) | |
| Defendants. ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated June 10, 2019, the Parties hereby provide this status report advising the Court of the status of this Freedom of Information Act ("FOIA") case. Accordingly, the Parties state as follows:

1. This case concerns five FOIA requests submitted by Plaintiffs NBC 7 San Diego, Tom Jones, and the Reporters Committee for Freedom of the Press ("Reporters Committee" or "RCFP") (collectively, "Plaintiffs"), seeking records from the U.S. Department of Homeland Security ("DHS") and its component-agencies, Immigration and Customs Enforcement ("ICE"), U.S. Customs and Border Protection ("CBP"), and U.S. Citizenship and Immigration Services ("USCIS") (collectively, "Defendants"). *See* Compl., ECF No. 1, at ¶¶ 16–17, 23–28.

2. Defendants filed their answer in this case on June 11, 2019.

3. The parties are continuing to meet and confer in good faith about various issues related to Plaintiffs' requests, and respectfully request additional time to, among other things, enable Defendants to gather and develop additional information about the status of Plaintiffs' requests. The parties believe two additional weeks will enable them to present a more substantive and useful status report for the Court.

4. Accordingly, the Parties respectfully request that they file a joint status report on or before July 22, 2019, setting forth the status of Defendants' response to each of Plaintiffs' requests and proposing future deadlines in this matter.

Dated: July 8, 2019

            Respectfully Submitted,

            /s/ Katie Townsend
            Katie Townsend
            DC Bar No. 1026115
            Adam A. Marshall
            DC Bar No. 1029423
            THE REPORTERS COMMITTEE FOR
            FREEDOM OF THE PRESS
            1156 15th Street NW, Suite 1020
            Washington, DC 20005
            Phone: 202.795.9300
            Facsimile: 202.795.9310
            Email: ktownsend@rcfp.org
            Email: amarshall@rcfp.org

            *Counsel for Plaintiff*

            JESSIE K. LIU, D.C. BAR # 472845
            United States Attorney
            for the District of Columbia

            DANIEL F. VAN HORN, D.C. BAR # 924092
            Civil Chief

By:   /s/ Christopher C. Hair
       CHRISTOPHER C. HAIR, PA BAR # 396656
       Assistant United States Attorney
       U.S. Attorney's Office
       555 4th Street, N.W. - Civil Division
       Washington, D.C. 20530
       (202) 252-2541
       christopher.hair@usdoj.gov

       *Counsel for Defendants*