# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NBC 7 SAN DIEGO, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 19-1146 (RBW) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| HOMELAND SECURITY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

In accordance with the oral rulings issued by the Court at the motion hearing held on January 4, 2021, it is hereby

**ORDERED** that, on or before January 29, 2021, the defendant United States Customs and Border Protection shall provide to the plaintiffs a sample of the relevant searches of at least 500 pages. It is further

**ORDERED** that, on or before February 5, 2021, the parties shall meet and confer to discuss specific proposals to address the breadth of the relevant searches and file a joint status report advising the Court of those discussions. It is further

**ORDERED** that, on February 9, 2021, at 2:00 p.m., the parties shall appear before the Court for a status conference via teleconference by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).

**SO ORDERED** this 18th day of January, 2021.

REGGIE B. WALTON
United States District Judge