UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NBC 7 SAN DIEGO, et al., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>HOMELAND SECURITY, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 19-1146 (RBW) |

**ORDER**

In accordance with the oral rulings issued by the Court at the status conference held on February 9, 2021, it is hereby

**ORDERED** that, on or before March 26, 2021, the defendant United States Customs and Border Protection shall provide to the plaintiffs a sample of relevant searches of at least 900 pages. The sample shall include at minimum 300 pages from the year 2017, 300 pages from the year 2018, and 300 pages from the year 2019. The defendant United States Customs and Border Protection shall endeavor to provide the plaintiffs with an estimate of the number of de-duplicative pages they have identified that are responsive to the plaintiffs' Freedom of Information Act request. It is further

**ORDERED** that the joint status report deadline set for March 5, 2021, is **VACATED**. It is further

**ORDERED** that, on or before April 2, 2021, the parties shall file a joint status report advising the Court of their progress in this case.

**SO ORDERED** this 10th day of February, 2021.

REGGIE B. WALTON<br>
United States District Judge