UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NBC 7 SAN DIEGO, *et al.*,<br><br>      Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF STATE HOMELAND SECURITY, *et al.*,<br><br>      Defendants. | Civil Action No. 19-1146 (RBW) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Alexander Schreiber as additional counsel for defendants in the above captioned case.

Dated: August 31, 2023
      Washington, D.C.

                                          Respectfully submitted,

                                          */s/ Alex Schreiber*
                                          ALEXANDER SCHREIBER
                                          DC Bar #1724820
                                          Special Assistant U.S. Attorney
                                          U.S. Attorney's Office, Civil Division
                                          601 D Street N.W.
                                          Washington, D.C. 20530
                                          Telephone: (202) 252-6754
                                          Alexander.Schreiber@usdoj.gov

                                          *Counsel for Defendants*