UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NBC 7 SAN DIEGO, et al.,

        Plaintiffs,

v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

        Defendants.

Civil Action No. 19-1146 (RBW)

**FORTY-SIXTH JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of February 11, 2025, the Parties hereby submit this status report advising the Court of the status of this Freedom of Information Act ("FOIA") case. The Parties state as follows:

1. This case concerns five FOIA requests submitted by Plaintiffs NBC 7 San Diego, Tom Jones, and the Reporters Committee for Freedom of the Press ("RCFP") (collectively, "Plaintiffs"), seeking records from the U.S. Department of Homeland Security ("DHS") and its component-agencies, Immigration and Customs Enforcement ("ICE"), U.S. Customs and Border Protection ("CBP"), and U.S. Citizenship and Immigration Services ("USCIS") (collectively, "Defendants" and, together with Plaintiffs, "Parties"). *See* Compl., ECF No. 1, at ¶¶ 16–17, 23–28. RCFP's FOIA requests each consist of 12 subparts. *See, e.g.*, ECF No. 1-9 at 5–6.

2. On December 20, 2022, the Court issued its decision on the Parties' partial summary judgment briefing. ECF Nos. 58 & 59. The Order issued in connection with the Court's decision is found at ECF No. 59 and is described in the Parties' 30th and 32nd status reports, ECF Nos. 60, 62.

3. Today the Defendants provide the following updates:

**CBP**

4. As discussed in prior status reports, Plaintiffs and CBP agreed to narrow Item 12 of RCFP's request. As part of the narrowing efforts, CBP agreed to process 750 pages per month, which it began in July 2024.

5. On February 28, 2025, CBP advised RCFP that it had processed 1,022 additional pages of records related to Item 12: 19 pages were released with redactions for information that CBP determined to be exempt under FOIA exemptions (b)(6), (b)(7)(C), and (b)(7)(E); 778 pages were determined by CBP to be duplicates of already processed information; and 225 pages were determined by CBP to be not responsive to the request.

6. On March 21, 2025, CBP advised RCFP that it had processed 4,502 additional pages of records related to Item 12: 60 pages were released with redactions for information that CBP determined to be exempt under FOIA exemptions (b)(5), (b)(6), (b)(7)(A), and (b)(7)(E); 108 pages were determined by CBP to be duplicates of already processed information; and 4,335 pages were determined by CBP to be not responsive to the request, including two records that were subject to a further agreement between the parties on non-responsiveness.

7. CBP March 21, 2025 release letter also advised RCFP that CBP believes it has completed processing RCFP's request.

**USCIS**

8. USCIS completed its final production on July 14, 2023.

**DHS**

9. DHS-HQ made its last production on December 20, 2024, releasing 122 pages that had been sent for consultation. Six pages were released in full, 115 pages were withheld in part, and one page was withheld in full.

**ICE**

10. ICE has completed its production for this matter.

\* \* \*

11. On April 18, 2025, the parties have a status conference before the Court in this matter. The parties will attempt to meet and confer prior to said conference about next steps in this matter.


Dated: April 8, 2025                Respectfully Submitted,

                                        _/s/ Gunita Singh_
Gunita Singh
DC Bar No. 1601923
Email: gsingh@rcfp.org

Adam A. Marshall
DC Bar No. 1029423
Email: amarshall@rcfp.org

REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310

*Counsel for Plaintiffs*

EDWARD R. MARTIN, JR., D.C. Bar #481866

3

        United States Attorney

        BRIAN P. HUDAK
        Chief, Civil Division

By:    ___/s/ *Sian Jones*_____
        SIAN JONES, D.C. BAR No. 1024062
        Assistant United States Attorney
        U.S. Attorney's Office
        601 D Street, N.W. - Civil Division
        Washington, D.C. 20530
        (202) 252-2578
        Sian.Jones@usdoj.gov

        *Counsel for Defendants*